This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**LAUREN STEWART-BRUNELLE**,

Plaintiff-Appellant,

v.                                                                          **NO. 31,084**

**WAL-MART STORES, INC., a**
**foreign company doing business in**
**the State of New Mexico, and**
**OUDALOM SOUMPHOLPHAKDY,**
**Pharm. D. RPH,**

Defendants-Appellees.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Carl J. Butkus, District Judge**

Roger Eaton
Albuquerque, NM

for Appellant

Modrall, Sperling, Roehl, Harris & Sisk, P.A.
Alex C. Walker
Tiffany L. Roach
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**VANZI, Judge.**

Plaintiff appeals an order granting Defendants' motion for summary judgment on Plaintiff's claim for negligent infliction of emotional distress. In this Court's notice of proposed summary disposition, we proposed to affirm. Defendants have filed a memorandum in support. Plaintiff has not filed a memorandum in opposition, and the time to do so has passed. "Failure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice." *Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993). Because no party opposes our proposed summary disposition, we affirm for the reasons provided in our notice.

**IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**

_____
**CYNTHIA A. FRY, Judge**

_____
**TIMOTHY L. GARCIA, Judge**